AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2020

SEAN F. McAVOY, CLERK

JACKIE AKINS SR., CASSANDRA AKINS, and JACKIE AKINS JR.,

*Plaintiff*

v.

BRYAN ROBB, KRISHANA EVERETTE, RAUFU EVERETTE, SUMMER ABRAHAMSON, GREGORY LEBSOCK, D. BETTS, J.C. ANDERSON, CITY OF SPOKANE, SPOKANE POLICE OFFICERS DOES 1-30

*Defendant*

Civil Action No.  2:19-CV-00363-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The City of Spokane Defendants' Motion for Summary Judgment, ECF No. 75, is GRANTED, in part. The federal claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims. The remaining state law claims are dismissed without prejudice. Defendant Robb and Everette's Motion for Summary Judgment, ECF No. 71, is DENIED, as moot. The Court declines to exercise supplemental jurisdiction over the state law claims. The state law claims are dismissed with prejudice.  Judgment entered in favor of City of Spokane Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN   on a motion for summary judgment.

Date:  7/30/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez